# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Patrick M. Hartnett and Daniel J. Hartnett, as Successor Trustees of the Lorrayne B. Hartnett Trust dated June 27, 1984,

Plaintiffs,

v.

Jackson National Life Insurance Company,

Defendant.

Case No. 23-cv-01601
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

   which ☐ includes      pre–judgment interest.
         ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant Jackson National Life Insurance Company and against plaintiffs Patrick M. Hartnett and Daniel J. Hartnett, as Successor Trustees of the Lorrayne B. Hartnett Trust dated June 27, 1984.
.
Defendant shall recover costs from plaintiffs.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 4/16/2025                              Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk